**Order entered April 4, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01123-CR

**MICHAEL MARSENE WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-23751-K**

## ORDER

The Court **REINSTATES** the appeal.

On March 25, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 31, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 25, 2014 order requiring findings.

We **GRANT** the March 31, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE